**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | | |
|---|---|---|
| LAMAR T. BURDETTE and TRACEY D. BURDETTE, | * * * | |
| Plaintiffs, | * * | |
| v. | * * | CV 415-189 |
| ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, | * * * * | |
| Defendant. | * | |

**O R D E R**

Presently before the Court is the parties' Joint Motion for Stay. (Doc. 5.) The parties represent that they have agreed to resolve this matter in mediation or, alternatively, through the appraisal process detailed within their insurance agreement. Consequently, the parties request that the Court stay all deadlines to foster these settlement options.

Upon due consideration, the Court **GRANTS** the parties' motion and **ORDERS** the following:

(1) The parties **SHALL** submit to mediation or begin the appraisal process before **SEPTEMBER 30, 2015**.

(2) This case **SHALL** be stayed until **OCTOBER 5, 2015**.

(3) The parties **SHALL** file a status report no later than **OCTOBER 5, 2015**, advising (1) whether mediation was successful in whole or in part and/or (2) whether the appraisal process was successful in whole or in part.

The Court thereafter will give the parties instruction regarding pre-trial deadlines should any issue not be resolved.

**ORDER ENTERED** at Augusta, Georgia, this 25th day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA