IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| LAMAR T. BURDETTE and <br> TRACEY D. BURDETTE, | * <br> * <br> * | |
| Plaintiffs, | * <br> * | |
| v. | * <br> * | CV 415-189 |
| ALLSTATE PROPERTY AND <br> CASUALTY INSURANCE COMPANY, | * <br> * <br> * | |
| Defendant. | * | |

**ORDER**

Presently before the Court is the parties' stipulation of dismissal. (Doc. 12.) Upon due consideration, this Court finds that dismissal is appropriate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE**. The Clerk is directed to **TERMINATE** all motions and deadlines and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this ___1st___ day of February, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA